UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN JOSEPH SIMMONS,<br><br>Plaintiff,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>Defendants. | No.  2:21-cv-1453 DB P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.  This action was transferred in from the United States District Court for the Central District of California on August 12, 2021.  (ECF No. 3.)

Plaintiff has not filed an in forma pauperis affidavit or paid the required filing fee of $350.00 plus the $52.00 administrative fee.[1]  See 28 U.S.C. §§ 1914(a), 1915(a).  By order dated August 17, 2021, plaintiff was ordered to submit a properly completed in forma pauperis application or pay the filing fee within thirty days.  (ECF No. 6.)  Those thirty days have passed, and plaintiff has not submitted the filing fee or a properly completed in forma pauperis application.  Plaintiff has submitted two documents objecting to the transfer of this action (ECF

---

[1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments.  Litigants proceeding in forma pauperis are not required to pay the $52.00 administrative fee.

1

Nos. 7, 8) as well as a declaration (ECF No. 9). The court will provide plaintiff with one final opportunity to file a properly completed in forma pauperis application or pay the filing fee. Plaintiff is advised that failure to pay the filing fee or submit a properly completed in forma pauperis application will result in a recommendation that this action be dismissed for failure to prosecute and failure to comply with court orders.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the required fees in the amount of $402.00; plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed; and

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

Dated: November 8, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/R/simm1453.3a(CDCR)(2)